UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

vs.

LUIS JESUS ESCOBEDO-MOLINA,

    Defendant-Appellant.

No. 25-2089

## UNOPPOSED MOTION TO ABATE APPEAL

Pursuant to 10th Cir. R. 27.5, Appellant, the United States of America, hereby moves this Court to abate this appeal for a period of 30 days or until September 29, 2025. As grounds for this motion, the government states as follows:

1. As described in the United States' Docketing Statement filed today, this appeal concerns the district court's dismissal with prejudice of two misdemeanor military trespass charges after Defendant Luis Jesus Molina-Escobedo's removal to Mexico while those charges were pending.

2. The United States may not pursue an appeal as appellant without the express authorization of the Solicitor General of the United States. *See* 28 C.F.R. § 0.20. The Solicitor General has not yet decided whether this appeal should go forward.

3. To provide the necessary time to complete that assessment, the United States requests that this appeal be abated for 30 days or until September 29, 2025 (the 30th day otherwise falling on a Saturday). Should a decision not to proceed with the appeal be rendered before the expiration of that period, the United States will promptly move to dismiss the case.

4. Mr. Molina-Escobedo is not in custody and does not oppose this abatement.

For the foregoing reasons, the United States respectfully requests that this Court abate this appeal until September 29, 2025.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*s\ C. Paige Messec*
C. PAIGE MESSEC
Assistant U.S. Attorney
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
paige.messec@usdoj.gov

## CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on August 28, 2025.  I ALSO CERTIFY that Amanda Skinner, attorney for defendant/appellant Luis Jesus Escobedo-Molina, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system.

*s\ C. Paige Messec*
C. PAIGE MESSEC
Assistant United States Attorney
