UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

vs.                                        No.   25-2089

LUIS JESUS ESCOBEDO-MOLINA,

    Defendant-Appellee.

## UNOPPOSED MOTION TO DISMISS APPEAL

Appellant, the United States of America, moves to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. There are no fees due or costs to be apportioned. Defendant/Appellee Luis Jesus Escobedo-Molina does not oppose this motion.

                                                      Respectfully submitted,

                                                      RYAN ELLISON
                                                      Acting United States Attorney

                                                      *s \ C. Paige Messec*

                                                      C. PAIGE MESSEC
                                                      Assistant U.S. Attorney
                                                      201 Third Street NW, Suite 900
                                                      Albuquerque, NM 87102
                                                      (505) 346-7274
                                                      paige.messec@usdoj.gov

CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION

    I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on September 26, 2025. I ALSO CERTIFY that Amanda Skinner, attorney for defendant/appellant Luis Jesus Escobedo-Molina, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system.

                                                 *s\ C. Paige Messec*
                                                 C. PAIGE MESSEC
                                                 Assistant United States Attorney